

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00020-CR

## EX PARTE LUIS ENRIQUE MIRANDA-HERNANDEZ

**From the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court No. 14-05412-CRM-CCL1**

## MEMORANDUM OPINION

This appeal was abated because no brief had been filed for appellant. After receiving a supplemental record which contains the trial court's findings from the hearing on abatement, the appeal was reinstated.

By letter dated April 24, 2018, the Clerk of this Court warned appellant that pursuant to Rule 44.3 of the Texas Rules of Appellate Procedure and our inherent authority, the appeal may be dismissed for want of prosecution because the trial court recommended that, due to the inaction of appellant and his counsel, the appeal be dismissed. *See* TEX. R. APP. P. 44.3; *Ealy v. State*, 222 S.W.3d 744 (Tex. App.—Waco 2007, no pet.); *Stavinoha v. State*, 82 S.W.3d 690 (Tex. App.—Waco 2002, no pet.). The Clerk further warned appellant that the Court would dismiss the appeal unless, within 14 days

from the date of the letter, a response was filed showing grounds why the appeal should not be dismissed as the trial court recommended. More than 14 days have passed and no response has been filed.

Accordingly, this appeal is dismissed, under our inherent authority, for want of prosecution.

TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed May 16, 2018
Do not publish
[CR25]

